UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,

                Plaintiff,

                                    12-CV-878S

  -vs-

William A. Niemann, Jr.,
Brenda L. Niemann a/k/a Brenda L. Pugh, et al.

                Defendants.
_____

## ORDER FOR AMENDMENT OF THE CAPTION TO DISMISS DEFENDANTS, JOHN DOE, MARY ROE AND XYZ CORPORATION

      This matter having come on for hearing on March 18, 2013, upon the United States' Motion for Judgment of Foreclosure and Sale and for Amendment of the caption by dropping the defendants, John Doe, Mary Roe and XYZ Corporation from the caption of this action as it has been determined that there are no tenants or occupants residing at the premises at issue.

      Now pursuant to Rule 15 of the Rules of Civil Procedure it is hereby ordered that the caption be amended by dropping the John Doe, Mary Roe and XYZ Corporation defendants from the caption of this action and dismissing them from this case.

SO ORDERED

Dated: Buffalo, New York, March 20, 2013.

                                                s/William M. Skretny
                                             WILLIAM M. SKRETNY
                                                    Chief Judge
                                          United States District Court